UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

     v.                                  Case No. 03-80701-09
                                       Hon. Patrick J. Duggan

D-9 DAVID STEELE

        Defendants.
_____/

**ORDER ADJOURNING PROBATION VIOLATION HEARING
AND AMENDING THE TERMS OF PROBATION**

A probation violation hearing having been scheduled in the above captioned case for Thursday, July 16, 2009, the parties having appeared and counsel for Defendant having requested that the hearing be adjourned, and the Court having heard argument thereon, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the probation violation hearing shall be adjourned until August 25, 2009, at 2:45 p.m.;

IT IS FURTHER ORDERED that Defendant's conditions of probation be amended as follows:

    1. Defendant shall enroll in the Harbor Light Inpatient Residential Treatment Program on or before Friday, July 17, 2009 and while in the program Defendant shall be placed on an unsecured bond pending the probation violation hearing;

    2. While enrolled in the Harbor Light Inpatient Residential Treatment Program, Defendant shall abide by all rules and regulations of the program;

  3. Defendant's failure to enroll in the aforementioned residential treatment program shall result in immediate revocation and cancellation of his bond and the issuance of a warrant for his arrest.

  SO ORDERED.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated:  July 16, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 16, 2009, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager


Approved:

 s/ Bruce Judge
Assistant US Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9100
bruce.judge@usdoj.gov